Alfred Erik Caraffa ADC#350727
Name and Prisoner/Booking Number
ASPC-Tucson Rincon Hu Six A cell 02
Place of Confinement
POBox 24403
Mailing Address
Tucson Arizona 85734 USA
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action)**

```
FILED _____ LODGED
_____ RECEIVED _____ COPY

MAY 2 5 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY
```

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE __LRCWP 5.4__
                    (Rule Number/Section)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Alfred Erik Caraffa 350727,     ADC#
et al.,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) State of ARIZONA        ,
(Full Name of Defendant)

(2) ARIZONA Attorney General,

(3) United States of America,

(4) Judge M.T. Libardi        ,

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

USCS Fed Rule Civ. Proc.
R23-class Action(s)

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

3) Jury trial Demanded
☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

2 of 5 civil Actions

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents,* 403 U.S. 388 (1971).
   ☒ Other: official and Individual Capacity/42 USCS 1997

2. Institution/city where violation occurred: ASPC-Tucson/Tucson/Phoenix
Arizona

40 total pgs

**550/555**

Revised 12/1/20

## B.  DEFENDANTS

1.  Name of first Defendant: _State of Arizona_. The first Defendant is employed
as: _The State of Arizona_ at _State government entity_.
(Position and Title)            (Institution)

2.  Name of second Defendant: _Arizona Attorney General_ The second Defendant is employed as:
as: _Attorney General of Arizona_ at _State government employee_
(Position and Title)            (Institution)

3.  Name of third Defendant: _United States of America_ The third Defendant is employed
as: _United States of America_ at _Federal government entity_
(Position and Title)            (Institution)

4.  Name of fourth Defendant: _Judge M.T. Liburdi_. The fourth Defendant is employed
as: _Judge of the Dist. court of AZ_ at _Federal employee_
(Position and Title)            (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?      ☒ Yes    ☐ No

2.  If yes, how many lawsuits have you filed? __80__. Describe the previous lawsuits:

a.  First prior lawsuit:
   1.  Parties: _Careffe, Alfred E_ v. _Arizona Dept. of Corrections_
   2.  Court and case number: _Tucson Division - Number Pending_.
   3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
   _Filed 4/11/23_

b.  Second prior lawsuit:
   1.  Parties: _Careffe, Alfred Erik_ v. _Arizona Dept. of Corrections_
   2.  Court and case number: _Tucson Division Number pending_
   3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
   _Filed 4/11/2023_

c.  Third prior lawsuit:
   1.  Parties: _Careffe Alfred Erik_ v. _U.S.A._
   2.  Court and case number: _Tucson Division Number Pending_
   3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
   _Filed 4/11/2023_

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**



2 of 31 2 of 40

## B. Defendant(s)

5) the fifth defendant is Named as the Arizona Dept. of Corrections. the fifth defendant is the Arizona Department of Corrections in official Capacity. As the Entity which held this petitioner in unconstitutional Custody.

6) the sixth defendant is Named as Neph Care Medical Services. the 6th Defendant is Employed As Medical Department for Arizona State Prison System under Contract with the Arizona Dept. of Corrections and the State of Arizona.

7) the seventh Defendant is Named as Centurion Medical Group the 7th Defendant

2 (a) of 3 of 32 of 40

## B. Defendant(s)

Was formly employed by Contract with the Arizona Dept. of Corrections in official Capacity as the Medical provider for the Correctional Dept. of the State of Arizona.

8) the 8th Defendant is Named As Correctional Staff and Medi Care employees of Building 41 Housing unit six on Rincon Units at Arizona State Prison Complex-Tucson. in official and Individual Capacities under color of State Law with the Authority of the Arizona Dept. of Corrections.

9) the 9th Defendant is Named as the Administration of Arizona State Prison Complex-Tucson. The 9th Defendant is employed as State employes of the Arizona Dept. of Corrections in official and Individual Capacities under color of State Law, with the Authority of the Arizona Dept. of Corrections.

2(B) of 3 of 32 of 40

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Fourteenth Amendment, U.S. Constitution

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☒ Other: A.R.S. Const. Art 28 Section Six (A)(B)(C)(D)
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The United States District Court of Arizona (Phoenix Division) Accepted Petition for habeas Corpus and ordered Return on Jan. 25th 2023 with over 70 days for the Process to Be Completed. Defendant(s) in official/Individual Capacity have Been Notified had reasonable time to Provide the release of this Petitioner and have failed to do So.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Deprived Life, Liberty and property without Due process of Law.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Federal Court is the highest level

3 of 32 of 40

**COUNT II**

1. State the constitutional or other federal civil right that was violated: _Fifth Amend-MENT U.S. Constitution_

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☒ Other: _Due process_
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _Defendant Michael T. Liburdi in official and Individual Capaciti has Been and Continues to violate the Privilege of A writ of habeas Corpus in official Capacity with the Authority of the United States of America has hindered the Process of Release of this habeas Petitioner for over 40 days. And Continues to do so._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   _Deprived Life, Liberty and Property without Due process. under 5th Amendment Rights_

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _A federal Court Issue_

_4 of 32 of 40_

**COUNT III**

1. State the constitutional or other federal civil right that was violated: 8th Amendment U.S. Constitution

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☒ Other: Cruel punishment
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Defendant(S) have Deprived Life, Liberty and property to Alfred Erik Caraffa ADC#350727 which in Excessive Prolonged Custody of the Arizona Department of Corrections for A habeas Corpus Case used to deprive Constitutional Rights and Privileges secured by the Federal Constitution and Laws of the United States. As A form of Retaliation and punishment undue and Extreme.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Deprived Life, Liberty and Property Subjected to undue delay and undue punishment.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. The federal Court is the highest level

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5 of 11 of 32 of 40

## Count IV
### cause of Action

1) <u>constitutional Right violation</u> - 14th Amendment, U.S. Constitution

2) <u>count IV</u> - Due process of Law

3) <u>Supporting facts</u> - During An Unconstitutional Conviction and unlawful Custody. Alfred E. Caraffa has Been Deprived the Bank Interest Rate on Cash in An Constitutional verdict in an Unconstitutional Conviction for over 190 days. By Continuing violations of U.S. Constitutional Laws and Laws of this United States of America.

4) <u>Injury</u> - Deprived earning from Money Relief not given in an Unconstitutional Custody.

5)(a) yes  (b)(no)  (c)(No)
(d) Not an issue that can Be Resolved at this Prison Complex.

5 (a) of <u>11</u> of <u>32</u> of 40

## Count Five
### cause of Action

1) <u>constitutional Right violated</u>- Fifth Amendment U.S. Constitution.

2) <u>count Five</u>- Due process of Law

3) <u>supporting facts</u>- During the unlawful custody in Arizona Dept. of Corrections while unconstitutionally Convicted by the State of Arizona. Judge (Defendant) M.T. Liburdi in official and Individual Capacity deprived release and Directly Deprived income from Bank Interest Rate from the Compensation which should have Been given. But was Not As of April 13th 2023.

4) <u>Injury</u>- Deprived income By AN unlawful and unconstitutional custody.

5) (a) yes (b) no (c) yes the federal Court is the highest level.

5 (b) of <u>11</u> of <u>38</u> of 40

## Count Six
### Cause of Action

1) <u>Constitutional Right violated</u>: Fifth Amendment U.S. Constitution.

2) <u>Count Six</u>- Due process

3) <u>Supporting facts</u>- Because of Defendant(s) Michael T. Libardi's and the Attorney General's of Arizona failure to Act reasonable in An clear and Convincing unconstitutional Conviction. In official Capacity the United States of America has Deprived Liberty and Property from this habeas petitioner.

4) <u>Injury</u>-Deprived Liberty and property while in An Unlawful Custody of the State of Arizona

5) (a) yes
   (b) No
   (c) yes
   (d) federal court is the highest level
        5(c) of 11 of 32 of 40

# Count Seven

1) <u>Constitutional Right Violated</u>;
8th Amendment, U.S. Constitution

2) <u>count seven</u> - cruel punishment

3) <u>Supporting facts</u> - on April 14th 2023,
Under color of State Law in official and
Individual Capacities. the Arizona Dept.
of Corrections Passed out Breakfast Sacks
to housing unit Six Building 41 on ASPC-
Tucson, Rincon Compound with cold cereal
and NO Milks. This petitioner Also did
Not Recieve the two Slices of Cheese or
the Breakfast cake with that Meal.

4) <u>Injury</u> - cruel and unusual punishment of
Starvation, Not propurely providing Meal items

5) a) yes   b) yes   c) yes

5(d) of <u>11</u> of <s>32</s> of 40

4) Injury— unconstitutional housing for winning civil Action(s) lawsuits Against the State of Arizona.

5) (a) yes (b) yes (c) yes

## Count Nine

1) Constitutional violation of Rights; 8# Amendment. U.S. Constitution

2) Count Nine: cruel punishment

3) supporting facts: Correctional staff at ASPC-Tucson Rincon unit Housing unit six Building 41 are in violation of A federal Court order signed by Honorable Judge Roskyn O. Silver to retaliation by Correctional staff in Reporting conditions of Confinement while in Medical housing unit(s). dated April 7# 2023 in case No. 2-12-cv-00601-PHX-ROS. which Alfred Erik Graffe Adc#350727 is A civil class action case MEMbER. And Correctional

5 (f) of 11 of 32 of 40

# Count eight

1) <u>Constitutional Right violated-</u>
8th Amendment U.S. Constitution

2) <u>count eight</u>- cruel punishment

3) <u>Supporting facts</u>- Between Feb. 2nd 2023
and Present Defendant(s) Arizona Dept. of
Corrections have unlawfully housed this
habeas Corpus Petitioner and Refused
to transfer to an NON-SMI unit. Although
I'm <u>Not</u> SMI, Being treated for transgender
Identity disorder. on A yard 5 Mental Health
unit as A form of Retaliation by Correctional
personnel for winning civil Action Lawsuits
under A new court order in Jensen V. Shinn
which I have at least (9) nine civil action(S)
As A class Member to the civil class Action.

5 (e) of 11 of 32 of 40

Staff have And Are Still Actively engaged
in forms of Retaliation to this habeas corpus
petitioner and writ-writter.

4) Injury- cruel punishment at the hands
of Correctional Staff for the Arizona Dept.
of Corrections.

5) (a) yes (b) yes  (C) yes

## Count ten

1) Constitutional Right violated - 14th
Amendment U.S. Constitution

2) Count Ten- Due process of Law

3) Supporting facts - Correctional Staff at
Arizona State Prison Complex-Tucson on
Rincon Unit Building 41 Housing unit six
In official and Individual Capacity have
used unconstitutional Act(s) And Action(s)
to Deprive Liberty and property and use A
higher level of Restraint to housing that

5 (g) of 11 of 32 of 40

This Petitioner should Not Be subjected
too.

4) Injury - subjected to cruel and
unusual punishment As A form of Retaliation
by Correctional Officers and personel.

5) (a) yes (b) yes (c) yes

## Count eleven

1) constitutional Right violated - first
Amendment U.S. Constitution.

2) Count eleven - Petition clause

3) Supporting fact - ~~Retaliat~~ Repeat Defendant
in many civil actions the Paralegal of Rincon
unit at ASPC-Tucson has once again deprived
Meaningful Access to the federal Courts
by not Approving Indigent Legal supplics
(see exhibits of Evidence) In which Administration

5 (H) of 11 of 32 of 40

of this Prison facility does nothing about
And Allows the Behavior that violates U.S.
Constitutional Rights to continue.

4) <u>Injury</u>- have A writ of habeas corpus
Petition with Motions (New civil Actions)
and documents to file to the court w/
No Envelopes to do so.

5) a) yes
   b) yes
   c) yes

## Count 12-

1) <u>constitutional Right violated</u>-
14th Amendment U.S. Constitution

2) <u>Count 12</u>-Due process of Law

3) <u>Supporting facts</u>- During An Unconstitutional
Conviction this Petitioner has healed several

S(I) of 11 of 32 of 40

Infections, (one in my Right pinky finger
Between Feb 2nd 2023 and the other, Between
March 15th 2023 and April 17th 2023) on my
Left hip.
with out the used of Antibotic(s), Medication
or help from the Medical Department.
which is on Camera in my cell 100's of times
Between thoses dates. (Building 41 Housing unit
Six A Run cell 2 at ASPC Tucson Rincon unit)
      while I have offered for A contract
for Blood/Plasma Research with NO Reply
while Americans Die all over the United
States and People Around the World Also
Die.
      The Medical Dept. has offered NO Contract
or Compensation for Research in how I do
what I do. (And its on Recorded Camera
footage) video Evidence.

4) Injury - Allowing Americans to Be
sick and Die.

5) (a) yes          D) see video camera
    (S) No              Evidence.
   (C) No

        5 (J) of 11 of 32 of 40

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

I seek the sum of 100,000,000⁰⁰ Dollers Sterling on October 7th 2022 Every 90 days for loss of Income at $1,111,111.¹¹⁰ per day everyday. Against the State of Arizona and fees and Cost(s). which.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___April 13th 2023___                    _____
                    DATE                              SIGNATURE OF PLAINTIFF


Alfred Erik Caraffa Adc#350727
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)
                    paralegal

In State Custody of Arizona
(Attorney's address & telephone number)


### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6 of 32 of 40

E. Request for Relief.

THE Above judgment should be divided Between the State of Arizona and the United States of America in official Capacity. at $555,555.55 dollars each. plus Interest on the judgment. every 90 days from 10/7/22. for A per day payment Peroid.
In additional Relief of 580,000.00 dollars is Sought Against the State of Arizona in official capacity for Cruel and unusual punishment of Deprivation(s) of food Items. Every seven days starting on Jan 2nd 2023 (1/2/23). Plus Interest on the Judgment.
under the class Action for 8th Amendment violation(s) I seek an order of the court for other inmate to provide civil complaint(s) for their Individual Constitutional violation(s).

for the Deprivation of Legal Supplies I Seek $160,000.00 Dollars in Damages (Relief) as Denial of Meaningful Access to the federal Court(s)

6 (G) of 3 of 32 of 40

for the Deprivation of A third Meal everyday from December 9th 2022 until Present April 14th 2023. I Seek the Sum of $800,000.00 thousand dollars in Relief. Also I seek the sum of $3900.00 dollars for each day of cruel punishment of the Arizona Dept of Corrections Not providing the third Meal until the Arizona Department of Corrections provides the third Meal or Released this Habeas Corpus Petitioner from Custody.





for the Retaliation with housing I seek $175.00 Dollars per day plus 5000 to one

6(5) of 4 of 32 of 40

Ratio for punitive damages Starting on
March 9th 2022 for Everyday of Unlawful
and Unconstitutional housing As A form
of Continued Retaliation.

Plus Instrest on all the Judgments. All
Fees and Costs and Criminal Changes
Against those Involved in Deprivations
of Constitutional Rights Privileges and
Immunities Secured by the U.S. Constitution
In Which under Ex parte Ayers "The State
Can inpart NO Immunity"

Documents for the Inpeachments of
Michael T. Liburdi, E.S. Willett and
Jennifer G. Zipps have been filed to the
Judicial Committee in Washington D.C.
(one columbis Circle) on April 17th 2023.

As with the Sole power of Inpeachment
lies with the Congress of the United States
of America. I'm Now An Federal witness in
A Congressional Inpeachment Trial(s) of
three Federal Judge(s) wasting Tax payers
Money over something they are not getting
while I'm in unconstitutional Custody.

6 (6) of 4 of 32 of 40

## Count 13
### cause of Action

1) <u>Constitutional Right Violated</u> = 8# Amendment U.S. Constitution.

2) <u>Count 13</u> - cruel Punishment

3) <u>Supporting facts</u> - on April sixteenth two thousand and twenty-three when Breakfast was passed out by second (swing) shift. This Petitioner Alfred Erik Caraffa ADC# 350727 was missing the Peanut butter to Make the third Sandwich and the cake that is suppose to be with the Breakfast. which is on cell footage video from the camera in my cell Building 41 Housing unit six A-Row cell Q2

4) <u>Injury</u> - cruel punishment as A form of Retaliation, violation of U.S. Constitutional Rights, Privileges and Immunities.

5) (a) yes
   (b) yes
   (c) yes

7(a) of 6 of 40

## Count 14
### cause of Action

1) Constitutional right violated - 14th Amendment of the U.S. Constitution.

2) count 14 - Due process of Law

3) Supporting facts - IN violation of Court order signed by Federal Judge R. O. Silver on April 7th 2023. Defendents in official and Individual Capacity have Not complied with section 19: Basic Requirements: 19.2.; 19.3;

4) Injury - violation(s) of Federal Court order Signed by A federal Judge silver. violations of U.S. Constitutional Rights, privileges and Immunities

5) a) yes
   b) yes
   c) yes

page 75) of 6 of 40

## Count 15
### Cause of Action

1) Constitutional Right Violated - 8th Amendment U.S. Constitution

2) count 15 - cruel punishment

3) supporting fact - Between 4/8/23 and 4/16/23 Defendants ADCRR in official and Individual Capacity under color of State Law Deprived Lunch to this habeas petitioner as the second hot Meal of EAch Day - (section 26 food Service and Meals) of Court order by Judge Silver. subsection 26.1 of the federal Court order is Not Being followed.

4) Injury - violation(s) of federal Court order signed by A federal Judge Silver, violations of U.S Constitutional Rights, privileges

5) a) yes
   b) yes
   c) yes

7(c) of 6 of 40

## Count 16
### cause of Action

1) <u>Constitutional Right violated</u> - 14th Amendment U.S. Constitution.

2) <u>count 16</u> - Due process of Law

3) <u>Supporting facts</u> - Between April 8th 2023 and April 17th 2023 section 29.2 of A Federal Court order is Not Being followed as required by A Federal Court order. Also section 29.3 Re-housing to A lower classification level of Custody. Alfred Erik Caraffa ADC#350727 has Been waiting for over 60 days to Be moved to the lower level custody of A yard 4/4. Alfred Erik Caraffa ADC#350727 is Not SMI (Seriously Mentally ILL) prisoner And has Been housed on An SMI unit for/ Since March 9th 2022.
   which is Also required 10 day time Limitation of section 30 Detention unit Supervision. (No Disciplinary Action in over 75 days.)

4) <u>Injury</u> - violations of Constitutional Rights and the Federal Court order to uphold Rights of the U.S. Constitution.

7(d) of <u>6</u> of <u>40</u>


5) (a) yes
(b) yes
(C) yes

## Count 17
### Cause of Action

1) <u>Constitutional Rights violated</u> – 14th Amendment U.S. Constitution.

2) <u>Count 17</u> – Due process of Law.

3) <u>Supporting facts</u> – Between April 8th 2023 and April 16th 2023 subsection 26-1 Food Service and Meals. **<u>NO</u>** second hot Meal is being given to this habeas petitioner Alfred Erik Caraffe ADC#350727

4) <u>Injury</u> – violation(s) of A federal Court order signed by A federal Judge R. O. Silver/violates U.S. Constitutional Rights, Privileges and Immunities.

7(e) of <u>6</u> of <u>40</u>



5) (a) yes
   (b) yes
   (C) yes

## Count 18
### Cause of Action

1) Constitutional Right violated— 14th Amendment U.S. Constitution

2) Count 18 Due process of Law—

3) Supporting facts— This habeas Petitioner has Been unconstitutionally housed on A SMI Units since March 9th 2022. Is not SMI and only Being treated for Gender Indentity Disorder As A form of Retaliation for winning A habeass Corpus Case.

4) Injury— Unlawful housing As A form of Retaliation

5) (a) yes (b) yes (C) yes

7(F) of 6 of 40



**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Legal Supplies Request**

*Exhibit of Evidence*
*LIB727B*

| INMATE PRINTED NAME *(Last, First M.I.)* | ADCRR NUMBER | INSTITUTION/UNIT | CELL/BED NUMBER |
|---|---|---|---|
| Caraffa, Alfred *Erik* | 350717 | HU SIX ARUN 02 RINCON | ARUN 02 |

Inmates who have insufficient funds to receive or continue to receive legal supplies must submit this request and demonstrate that the supplies they have received are actually being used for qualified legal purposes. The Paralegal can assist in verifying actual qualified use of legal supplies. Additional supplies may be issued per Department Order #902, Inmate Legal Access to the Courts.

The Department is not required to provide these legal supplies for personal/private use.

I'm requesting the following supplies below for a qualified legal claim(s), as defined by Department Order #902, Inmate Legal Access to the Courts. I understand that a hold will be placed on my Inmate Trust Account for the cost of said legal supplies. It is my responsibility to make proper use of legal supplies and to keep track of when those supplies have been used. In order to receive additional supplies, envelopes received from this request MUST be logged with Mail and Property.

☐ This is my first supply request

☒ After receiving my last supplies, I sent out Legal Mail on the following dates *(mm/dd/yyyy)* *have over 30 Federal Court Documents to file*

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| *Alfred Caraffa* | *April 8th 2023* |

**✓ CHECK ALL THAT APPLY**

☐ Direct Appeal   ☐ Post Conv. Relief (Rule 32)   ☒ Petition for Review
☐ State Habeas Corpus   ☒ Federal Habeas Corpus   ☒ 1983 Civil Rights Complaint
☒ Conditions of Confinement   ☐ Federal Appeal   ☒ Other

**COURT INFORMATION** *(If applicable)*

| CASE NUMBER | COURT/COUNTY | DEADLINE |
|---|---|---|
| Pending filing (30) ten | U.S. District Court of Arizona | No Deadline to file |

| Item Description | Monthly Allowance | Amount Requested |
|---|---|---|
| Ink Pen or Pen Filler | 1 | 1 |
| Golf Pencil | 2 | 2 |
| Writing Pad | 2 | 2 |
| Manila Envelope *(Marked with "Legal Mail")* | 5 | 5 |
| Reg. Envelope *(Marked with "Legal Mail")* | 5 | 5 |

*"Banker" Style Boxes are not legal supplies and are sold in the inmate store.*

| | Amount Approved | Unit Price | Cost |
|---|---|---|---|
| **Staff Use Only** | | .09 | |
| | | .02 | |
| | | .95 | |
| | | .17 | |
| | | .10 | |
| Tax | % | Total | |

**\*\*\*\*\* THIS AREA FOR STAFF USE ONLY \*\*\*\*\***

| DESIGNATED STAFF NAME *(Last, First M.I.)* *(Please print)* | TITLE |
|---|---|
| Torres, J | library |

☐ Approved   ☐ Approved as modified   ☒ Denied because *(give reason below)*

*Per Paralegal Ulibarri, inmate has insufficient legal work since last request/approval*

| SIGNATURE | DATE VERIFIED *(mm/dd/yyyy)* |
|---|---|
| *JT* | 4/13/23 |

**\*\*\*\*\* LEGAL SUPPLIES RECEIVED-ACCEPTANCE BY INMATE \*\*\*\*\***

I have received the supplies that the Paralegal approved above.

| INMATE SIGNATURE | DATE RECEIVED *(mm/dd/yyyy)* |
|---|---|
| | |

*Exhibit → pg 28 of 40*

902-5
3/21/23



**Arizona Department of Corrections**
**Rehabilitation and Reentry**

Exhibit of Evidence
Case No. aa-6707

**Legal Supplies Request**

| INMATE PRINTED NAME *(Last, First M.I.)* | ADCRR NUMBER | INSTITUTION/UNIT | CELL/BED NUMBER |
|---|---|---|---|
| Caraffa Alfred | 350 727 | H4 six A02 Rincon | HU6 A02 |

Inmates who have insufficient funds to receive or continue to receive legal supplies must submit this request and demonstrate that the supplies they have received are actually being used for qualified legal purposes. The Paralegal can assist in verifying actual qualified use of legal supplies. Additional supplies may be issued per Department Order #902, Inmate Legal Access to the Courts.

The Department is not required to provide these legal supplies for personal/private use.

I'm requesting the following supplies below for a qualified legal claim(s), as defined by Department Order #902, Inmate Legal Access to the Courts. I understand that a hold will be placed on my Inmate Trust Account for the cost of said legal supplies. It is my responsibility to make proper use of legal supplies and to keep track of when those supplies have been used. In order to receive additional supplies, envelopes received from this request MUST be logged with Mail and Property.

☐ This is my first supply request

☒ After receiving my last supplies, I sent out Legal Mail on the following dates *(mm/dd/yyyy)*   3/31/23 - 2 envelopes   4/5/23 - 2 envelopes

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| Alfred Caraffa | April 5th 2023 |

✓ **CHECK ALL THAT APPLY**

☐ Direct Appeal           ☐ Post Conv. Relief (Rule 32)        ☒ Petition for Review
☒ State Habeas Corpus      ☒ Federal Habeas Corpus            ☒ 1983 Civil Rights Complaint
☒ Conditions of Confinement ☒ Federal Appeal                  ☒ Other U.S. Supreme court

**COURT INFORMATION** *(If applicable)*

| CASE NUMBER: | COURT/COUNTY | DEADLINE |
|---|---|---|
| aa-6707 | U.S. Supreme Court | N/A |

| Item Description | Monthly Allowance | Amount Requested | | Amount Approved | Unit Price | Cost |
|---|---|---|---|---|---|---|
| Ink Pen or Pen Filler | 1 | 1 | | | .09 | |
| Golf Pencil | 2 | 2 | | Staff | .02 | |
| Writing Pad | 2 | 2 | | Use | .95 | |
| Manila Envelope *(Marked with "Legal Mail")* | 5 | 5 | | Only | .17 | |
| Reg. Envelope *(Marked with "Legal Mail")* | 5 | 5 | | | .10 | |
| | | | | Tax      % | Total | |

*"Banker" Style Boxes are not legal supplies and are sold in the inmate store.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **THIS AREA FOR STAFF USE ONLY** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| DESIGNATED STAFF NAME *(Last, First M.I.)* *(Please print)* | TITLE |
|---|---|
| Torres, J | library |

☐ Approved          ☐ Approved as modified          ☒ Denied because *(give reason below)*   Since last Reqrest

Per Paralegal Ulibarri inmate has insufficient Legal work

| SIGNATURE | DATE VERIFIED *(mm/dd/yyyy)* |
|---|---|
| JH | 4/13/23 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **LEGAL SUPPLIES RECEIVED-ACCEPTANCE BY INMATE** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I have received the supplies that the Paralegal approved above.

| INMATE SIGNATURE | DATE RECEIVED *(mm/dd/yyyy)* |
|---|---|
| | |

Exhibit → Pg 29 of 40

902-5
3/21/23



| ADC# | 350727 | | Name | ALFRED CARAFFA | | DOB | 12/26/1970 |

6A2

## Appeal Review Major

Event ID    2022-00007701                    Case #    22-TC1-002655

Appeal Requested ☑

Attach Appeal Form                          Uploaded
                                            Files
                                            File Name
                                            Xerox_Scan_01172023153547.pdf
                                            22-TC1-002655.pdf

Findings and        After reviewing this case, it has been determined that this matter should be
Conclusions         dismissed. The penalties have been vacated. Contact your currently
                    assigned Programs Officer if you have any questions regarding the re-
                    classification issues that may have resulted from the original "guilty" finding.

Sanctions Modified  ☐                        Decision of Appeal       Dismiss

Warden/Warden Designee
signature ★          Signature

Date: 02/03/2023 12:15   ➝ Feb. 2nd 2023

Supreme Court of the United States
Exhibit of Evidence ADC 3823-C
                        Exhibit
            Pg. 30 of 40

**Arizona Department of Corrections
Rehabilitation and Reentry**

**Inmate Grievance**

Exhibit of Evidence PR14/B-15

| RECEIVED BY | |
|---|---|
| TITLE | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |

Note: You may appeal the Grievance Coordinator's decision by filing form 802-3, within 10 calendar days of receipt of this notice.

| INMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Cruse, Alfred | 330-127 | April 114, 2023 |
| INSTITUTION/UNIT ASPC-Tucson | CASE NUMBER | |
| Rincon Unit Area 1/B2 | | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the Inmate)

The female correctional officer who works this unit on first shift, used to live in Bradford, PA in 2015 and her A friend Named Kendall (A friend) who was exposed at my trial for being A snitch/testalying and stated I was A rapist. And RAped her in Bradford PA.

I will have K-Roll/Kendall testalary that the conflict of interest with my bias or exirculed/Testalarian is extreme and Vesayed in Bradford PA-where I lived from Feb 2015 to Sept 2016.

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

I'm still NOT "IT" Don't have A Axis I (one) Diagnosis. And and civil suit for mental Health Treatment for different transgender identity disorder on April 5.7. Mental care X for Five Billion dollars. What Resolution would you like?

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| | 4/14/23 | | |

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|

Exhibit
31 of 40

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|

DISTRIBUTION:  INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL:  White – Inmate; Canary – Grievance File

802-1
11/10/20